Enter
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 18 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA RUIZ, <br>       Plaintiff, <br> vs. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>       Defendant. | Case No. EDCV 08-524 RNB <br><br> **JUDGMENT** |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: February 17, 2009

*/s/ Robert N. Block*

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE